## Jurdon S. Mercer v. Alexander Mitchell.

Case made after judgment from Saginaw Circuit.

Judgment was rendered in the court below in favor of plaintiff, and was affirmed in this court, by stipulation.